458 A.2d 279

Estate of Herman.

Appeal of Jack W. Isenberg, Objector.

Submitted January 13, 1983. Robin Isenberg, for appellant; Robert Dale Austin, Jr., for appellee; Fremont J. McKenrick, for Al Isenberg, participating party.

Before CERCONE, P.J., POPOVICH and VAN der VOORT, JJ.

The order of the lower court is affirmed.